United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Doris Marian Greiner  
    Debtor

Case No. 16-16286-sr  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1    Date Rcvd: Dec 05, 2016  
    Form ID: 211    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2016.  
db    +Doris Marian Greiner,   7 Red Cedar Drive,   Levittown, PA 19055-1422

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr    E-mail/PDF: gecsedi@recoverycorp.com Dec 06 2016 01:44:24    Synchrony Bank,  
   c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,  
   Miami, FL 33131-1605

    TOTAL: 1

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2016    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2016 at the address(es) listed below:  
    BONNIE B. FINKEL    finkeltrustee@comcast.net, NJ69@ecfcbis.com;Finkeltrustee@comcast.net  
    JEFFERY A. FOURNIER    on behalf of Debtor Doris Marian Greiner jefffournier@verizon.net  
    JOSHUA ISAAC GOLDMAN    on behalf of Creditor   U.S. Bank National Association, not in its individual capacity but solely as Trustee of SW REMIC Trust 2014-2 without recourse  
    bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

    TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re:                                                                                                              Chapter: 7

      Doris Marian Greiner

Debtor(s)                                                                           Case No: 16−16286−sr

___

***ORDER***

    AND NOW, 12/5/16 , the debtor having failed to file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 727(a)(11); see also Bankruptcy Rule 4004, or a request for a waiver from this requirement. 11 U.S.C. § 109(h)(4),

    And the statement regarding personal financial management was due, *see* Bankruptcy Rule 1007(c),

    Accordingly, it is hereby ORDERED that the debtor shall have until 12/19/16 to file a statement regarding completion of an instructional course concerning personal financial management or a request for a waiver from such requirement. If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 7 discharge. See Advisory Committee Note to Fed. R. Bankr. P. 4004.

                                                               For The Court

                                                               Stephen Raslavich

                                                               Judge ,United States Bankruptcy Court