## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Doris Marian Greiner | : Chapter 7 |
| | : Bankruptcy No. 16-16286-SR |
| | : |
| | : Motion for Extension of Time to Complete |
| | : and File Debtor Financial Management Course |

## ORDER GRANTING ADDITIONAL TIME TO
## COMPLETE AND FILE DEBTOR FINANCIAL MANAGEMENT COURSE

It is ORDERED that the Debtor herein shall have until January 3, 2017 to complete and file the Debtor Financial Management Course (Form 23).

Date: December 16, 2016

Hon. Stephen Raslavich                    J.
United States Bankruptcy Court