United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Doris Marian Greiner  
    Debtor

Case No. 16-16286-sr  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1    Date Rcvd: Dec 16, 2016  
                Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2016.  
db         +Doris Marian Greiner,   7 Red Cedar Drive,    Levittown, PA 19055-1422

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2016        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2016 at the address(es) listed below:  
      BONNIE B. FINKEL    finkeltrustee@comcast.net, NJ69@ecfcbis.com;Finkeltrustee@comcast.net  
      JEFFERY A. FOURNIER    on behalf of Debtor Doris Marian Greiner jefffournier@verizon.net  
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank National Association, not in its individual capacity but solely as Trustee of SW REMIC Trust 2014-2 without recourse bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                              TOTAL: 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Doris Marian Greiner         : Chapter 7
                                      : Bankruptcy No. 16-16286-SR
                                      :
                                      : Motion for Extension of Time to Complete
                                      : and File Debtor Financial Management Course

ORDER GRANTING ADDITIONAL TIME TO
COMPLETE AND FILE DEBTOR FINANCIAL MANAGEMENT COURSE

It is ORDERED that the Debtor herein shall have until January 3, 2017 to complete and file the Debtor Financial Management Course (Form 23).

Date: December 16, 2016

_____
Hon. Stephen Raslavich          J.
United States Bankruptcy Court