UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:  Doris M. Greiner : | Chapter 7 |
| : | |
| : | Bankruptcy No. 16-16286-SR |
| Debtor /Movant  : | |
| : | Motion to Allow Debtor to Waive |
| : | Requirement Under 1328(g)(1) – |
| : | Financial Management Course |

## CERTIFICATION OF NO RESPONSE

I, Jeffery A. Fournier, Esquire, attorney for Debtor, hereby certifies the following:

    1. That a Motion to Waive Debtor's Requirement to complete and file a Debtor Financial Management Course Certificate pursuant to Bankruptcy Rule 11 U.S.C. 1328(g)(1) was filed on December 30, 2016.

    2. Notice was served upon all creditors and interested parties on or about December 30, 2016.

    3. More than twenty (20) days have lapsed and there has been no response by creditors or interested parties.

    **WHEREFORE**, I respectfully request that the Motion to Waive Debtor's Requirement to complete and file a Debtor Financial Management Course Certificate pursuant to Bankruptcy Rule 11 U.S.C. 1328(g)(1) be approved.

/s/ Jeffery A. Fournier, Esquire
Jeffery A. Fournier, Esquire
Attorney for Debtor/Movant