UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Doris M. Greiner | : | Chapter 7 |
| | : | |
| | : | Bankruptcy No. 16-16286-SR |
| Debtor /Movant | : | |
| | : | Motion to Allow Debtor to Waive |
| | : | Requirement Under 1328(g)(1) – |
| | : | Financial Management Course |

ORDER ALLOWING DEBTOR TO WAIVE REQUIREMENT UNDER 1828(g)(1) –
FINANCIAL MANAGEMENT COURSE

AND NOW, this _____ day of _____, 2016, upon consideration of the Motion to Waive Requirement Under 1328(g)(1) – Financial Management Course, it is hereby ORDERED that Debtor Financial Management Course is hereby waived due to exigent circumstances.

**Dated: January 26, 2017**

_____
Hon. Stephen Raslavich          J.
United States Bankruptcy Judge