United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Doris Marian Greiner
      Debtor

Case No. 16-16286-sr
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Jan 27, 2017
                 Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2017.
db           +Doris Marian Greiner,   7 Red Cedar Drive,   Levittown, PA 19055-1422

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2017 at the address(es) listed below:
          BONNIE B. FINKEL     finkeltrustee@comcast.net, NJ69@ecfcbis.com;Finkeltrustee@comcast.net
          JEFFERY A. FOURNIER    on behalf of Debtor Doris Marian Greiner jefffournier@verizon.net
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank National Association, not in its
           individual capacity but solely as Trustee of SW REMIC Trust 2014-2 without recourse
           bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
          THOMAS I. PULEO     on behalf of Creditor    U.S. Bank National Association, not in its individual
           capacity but solely as Trustee of SW REMIC Trust 2014-2 without recourse tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                                                      TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:  Doris M. Greiner : | Chapter 7 |
| : | |
| : | Bankruptcy No. 16-16286-SR |
| Debtor /Movant  : | |
| : | Motion to Allow Debtor to Waive |
| : | Requirement Under 1328(g)(1) – |
| : | Financial Management Course |

**ORDER ALLOWING DEBTOR TO WAIVE REQUIREMENT UNDER 1828(g)(1) –
FINANCIAL MANAGEMENT COURSE**

AND NOW, this _____ day of _____, 2016, upon consideration of the Motion to Waive Requirement Under 1328(g)(1) – Financial Management Course, it is hereby ORDERED that Debtor Financial Management Course is hereby waived due to exigent circumstances.

**Dated: January 26, 2017**

_____
Hon. Stephen Raslavich                    J.
United States Bankruptcy Judge