United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                  Case No. 16-16286-sr
Doris Marian Greiner                                                                    Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: admin              Page 1 of 2              Date Rcvd: Feb 03, 2017
                              Form ID: 318             Total Noticed: 53

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 05, 2017.
```
db            +Doris Marian Greiner,    7 Red Cedar Drive,    Levittown, PA 19055-1422
13788221      +Accounts Receivable Mgmt. Inc.,    P. O. Box 129,    Thorofare, NJ 08086-0129
13788243      +Ameriquest Ambulance,    2755 Philmont Avenue,    Huntingdon Valley, PA 19006-5368
13788212      +Aria Health,    P. O. Box 8500-6395,    Philadelphia, PA 19178-0001
13788223      +Associated Credit Services Inc.,    P. O. Box 5171,    Westborough, MA 01581-5171
13788213      +Belmont Behavioral Hospital,    4200 Monument Road,    Philadelphia, PA 19131-1689
13788203      +Berkheimer Tax Administrator,    P. O Box 25144,    Lehigh Valley, PA 18002-5144
13788202      +Bristol Township Tax Collector,    2501 Bath Road,    Bristol, PA 19007-2150
13788224      +Bureau of Account Management,    3607 Rosemont Avenue,    Camp Hill, PA 17011-6904
13788227      +Central Finance Control,    P.l O Box 660873,    Dallas, TX 75266-0873
13788201      +Christopher DeNardo, Esquire,    Shapiro & Kreisman LLC,    3600 Horizon Drive, Suite 150,
                King of Prussia, PA 19406-4702
13788218       Credit One Bank (Capital One Bank),    P. O.Box 50500,    City of Industry, CA  91716
13788230      +Department Stores National Bank,    P. O. Box 469100,    Escondido, CA 92046-9100
13788211      +Emergency Assoc. Lowe rBucks,    66 West Gilberg Street,    Red Bank, NJ 07701-4947
13788234      +Giant Stores,    c/o Powell Rogers & Speaks, Inc.,    P. O. Box 930,    Halifax, PA 17032-0930
13788208      +Levittown-Fairless Hills Rescue Squad,    P. O. Box 726,    New Cumberland, PA 17070-0726
13788214      +Lower Bucks County Joint,    Municipal Authority,    P. O. Box 460,    Levittown, PA 19058-0460
13788209       Lower Bucks Hospital,    P. O.  Box 53681,    Pittsburgh, PA   15253
13788210      +Lower Bucks Radiology,    P. O. Box 6750,    Portsmouth, NH 03802-6750
13788200      +Nationstar Mortgage,    P. O.Box 60515,    City of Industry, CA 91716-0515
13788236       Oxford Crossing Family & Cosmetic Dentistry,    333 S. Oxford Valley Road, Suite 505,
                Fairless Hills, PA  19030
13788205      +PA Dept. of revneue,    P. O Box 280948,    Harrisburg, PA 17128-0948
13788215      +PECO,    P. O. Box 37629,    Philadelphia, PA 19101-0629
13788238      +PNC Bank /Consumer Loan Center,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4704
13788245      +Prince-Parker & Assoc. Inc. PPA,    8625 Crown Crescent Court,    P.O. Box 474690,
                Charlotte, NC 28247-4690
13788241       Ray Litwin Heating & Air Conditioning,    2339B Edgely Road,    Levittown, PA  19057
13788198      +Seneca Mortgage Servicing,    611 Jamison Road,    Elma, NY 14059-9392
13788219      +Veterinary Speciality & Emg. Center,    301 Veterans Highway,    Levittown, PA 19056-1029
13788207      +Virtual Radiologic Corporation,    P. O. Box 371863,    Pittsburgh, PA 15250-7863

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Feb 04 2017 03:44:21     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 04 2017 03:43:13
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 04 2017 03:44:00     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13788206      +EDI: CINGMIDLAND.COM Feb 04 2017 03:13:00      AT & T Mobility,    P. O. Box 537104,
                Atlanta, GA 30353-7104
13788222      +E-mail/Text: bankruptcy@acbhq.com Feb 04 2017 03:42:40     American Credit Bureau,
                P. O. Box 4545,    Boynton Beach, FL 33424-4545
13788244      +E-mail/Text: banko@berkscredit.com Feb 04 2017 03:42:41     Berks Credit & Collections Inc.,
                P. O. Box 329,    Temple, PA 19560-0329
13788225      +EDI: CAPITALONE.COM Feb 04 2017 03:13:00      Capital One,    P. O. Box 30253,
                Salt Lake City, UT 84130-0253
13788226      +EDI: CHASE.COM Feb 04 2017 03:13:00      Cardmember Service,    P. O. Box 15153,
                Wilmington, DE 19886-5153
13788229      +EDI: CHASE.COM Feb 04 2017 03:13:00      Chase BP,    P. O. Box 15298,
                Wilmington, DE 19850-5298
13788228      +EDI: CHASE.COM Feb 04 2017 03:13:00      Chase Cardmember Services,    P. O. Box 15548,
                Wilmington, DE 19886-5548
13788216      +EDI: ESSL.COM Feb 04 2017 03:13:00      DISH,    P. O. Box 94063,    Palatine, IL 60094-4063
13788231      +EDI: WFNNB.COM Feb 04 2017 03:13:00      Express,    P. O. Box 659728,
                San Antonio, TX 78265-9728
13788232      +EDI: RMSC.COM Feb 04 2017 03:13:00      GECRB/Walmart Consumer US,    P. O. Box 965024,
                Orlando, FL 32896-5024
13788204       EDI: IRS.COM Feb 04 2017 03:13:00      Internal Revenue Service,    Fresno, CA  93888
13788233      +EDI: RMSC.COM Feb 04 2017 03:13:00      JC Penney Credit Services/,    GE Capital Retail Bank,
                P. O. Box 98600001,    Orlando, FL 32896-0001
13788235      +EDI: CBSKOHLS.COM Feb 04 2017 03:13:00      Kohls,    P. O. Box 3084,    Milwaukee, WI 53201-3084
13788199      +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 04 2017 03:43:12     PA Dept. of Revenue,
                Bankruptcy Deivson,    P. O. Box 280946,    Harrisburg, PA 17128-0946
13788239       EDI: PRA.COM Feb 04 2017 03:13:00      Portfolio Recovery,    120 Corporate Boulevard,
                Norfolk, VA  23502
13788237      +EDI: HFC.COM Feb 04 2017 03:13:00      Payment Processing Center,    P. O. Box 5262,
                Carol Stream, IL 60197-5262
13841298       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 04 2017 03:43:13
                Pennsylvania Department of Revenue,    Bureau of Compliance - Bankruptcy,    PO Box 280946,
                Harrisburg, PA 17128-0946
```

```
District/off: 0313-2               User: admin                Page 2 of 2                Date Rcvd: Feb 03, 2017
                                   Form ID: 318               Total Noticed: 53

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13788240       +E-mail/Text: bknotice@bhlmlaw.com Feb 04 2017 03:42:47      Portfolio Recovery Assoc. LLC,
                 c/o Blatt, Hasenmiller, Leibsker & Moore,    1835 Market Street, Suite 501,
                 Philadelphia, PA 19103-2933
13789277        EDI: RECOVERYCORP.COM Feb 04 2017 03:13:00      Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
13788242       +E-mail/Text: crwkflw@firstdata.com Feb 04 2017 03:44:39      TRS Recovery Services Inc.,
                 P. O.Box 173809,   Denver, CO 80217-3809
13788217       +EDI: WTRRNBANK.COM Feb 04 2017 03:13:00      Target Card Services,   P. O. Box 660170,
                 Dallas, TX 75266-0170
                                                                                               TOTAL: 24

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13788220     ##+Account Resolution Service,    1801 NW 66th Avenue, Sutie 200,   Plantation,FL 33313-4571
                                                                                  TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 2, 2017 at the address(es) listed below:
              BONNIE B. FINKEL    finkeltrustee@comcast.net, NJ69@ecfcbis.com;Finkeltrustee@comcast.net
              JEFFERY A. FOURNIER    on behalf of Debtor Doris Marian Greiner jefffournier@verizon.net
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   U.S. Bank National Association, not in its
               individual capacity but solely as Trustee of SW REMIC Trust 2014-2 without recourse
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor   U.S. Bank National Association, not in its individual
               capacity but solely as Trustee of SW REMIC Trust 2014-2 without recourse tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Doris Marian Greiner** | Social Security number or ITIN **xxx–xx–6108** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **Eastern District of Pennsylvania**

Case number:  **16–16286–sr**

# Order of Discharge                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Doris Marian Greiner

2/2/17                                                                                         **By the court:**  Stephen Raslavich
                                                                                                                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**